## Sanctis v. Checco, Appellant.

194

Argued April 11, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Alan L. Ackerman,* with him *Milton I. Watzman,* and *Watzman and Groudine,* for appellant.

*J. Lee Miller,* with him *Miller & Miller,* for appellee.

OPINION PER CURIAM, June 15, 1961:

The order of the County Court of Allegheny County is affirmed on the opinion of Judge NATHANIEL K. BECK for the court below, reported at 24 Pa. D. & C. 2d 121.